UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,    )
                             )    No. CR-05-065-JLQ
            Plaintiff,       )
                             )    ORDER GRANTING
v.                           )    DEFENDANT'S MOTION
                             )
MICHAEL P. WALSH,            )
                             )
            Defendant.       )
                             )

At the April 28, 2005, hearing on Defendant's Motion to Reconsider (ct. Rec. 17), Defendant was present with counsel Frank Cikutovich. Assistant U.S. Attorney George Jacobs represented the United States. Defendant's parents and other family members appeared in court in support of Defendant.

The court finds Defendant has undergone a substance abuse evaluation and he currently has an appointment with a physician.

**IT IS ORDERED** that Defendant's Motion **(Ct. Rec. 17)** is **GRANTED.** Defendant shall be released on the conditions in this court's Order filed March 28, 2005. In addition, Defendant shall abide by the following additional conditions:

1. Defendant shall reside in Otis Orchards at the proffered residence, with his parents.

2. Defendant shall participate in substance abuse counseling. **Defendant shall attend at least two NA meetings a week, to be confirmed by Pretrial Services.** Full mutual releases shall be

ORDER GRANTING DEFENDANT'S MOTION - 1

executed to permit communication between the court, Pretrial Services, and any treatment vendors.

3.    Defendant shall sign a $25,000 appearance bond, to be co-signed by his parents.

4.    Defendant shall have no contact, direct or indirect, with Ms. Guest or Mr. Mason.

5.    Defendant shall only be employed if approved by his substance abuse counselors.

DATED April 28, 2005.


_____S/ CYNTHIA IMBROGNO_____
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION - 2